**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kenya Monique Mukaabya　　　　　　　　　　CHAPTER 7
　　　　　　　　Debtor(s)

BKY. NO. 21-21084 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2021-GS3 and index same on the master mailing list.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　/s/ Maria D. Miksich
　　　　　　　　　　　Maria Miksich
　　　　　　　　　　　02 Sep 2021, 13:24:52, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com