## United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Kenya Monique Mukaabya**                    Case No.  **21-21084**
                              Debtor(s)              Chapter   **7**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, a copy of **Amended Schedule A/B and Amended Schedule C** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Bayview Financial Loan
4425 Ponce De Leon Blvd., 5th Fl
Coral Gables, FL 33146

Caine & Weiner
5805 Sepulveda Blvd.
Sherman Oaks, CA 91411

Convergent Outsourcing, Inc.
PO Box 9004
Renton, WA 98057

Department of Education/Neinet
PO Box 82561
Lincoln, NE 68501

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

Eric B. Avardo
622 E. Reynolds Street
New Castle, PA 16101

Fay Servicing LLC
PO Box 809441
Chicago, IL 60680

FBCS
330 S. Warminster Rd
Ste 353
Hatboro, PA 19040

GNC Community FCU
201 S. Jefferson
New Castle, PA 16101

Kenya Monique Mukaabya
622 E. Reynolds Street
New Castle, PA 16101

Midland Mortgage Co
PO Box 26648
Oklahoma City, OK  73216

Navient
PO box 9500
Wilkes-Barre, PA  18773

Office of the United States Trustee
Liberty Center
1001 Liberty Ave., Ste 970
Pittsburgh, PA  15222

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Pennsylvania Department of Revenue
PO Box 280946
Harrisburg, PA  17128

Louis Pomerico, Esq
2910 Wilmington Rd
New Castle, PA 16105

Preferred Auto Credit
1019 Lawrence Ave.
Ellwood City, PA  16117

Selene Finance
PO Box 422039
Houston, TX  77242

Charles O. Zebley Jr.
PO Box 2124
Uniontown, PA  15401

Portfolio Recovery Assoc.
Capital One Bank
PO Box 12914
Norfolk, VA  23541

/s/ Louis Pomerico, Esquire
Louis Pomerico
Upright Law LLC

2910 Wilmington Road
New Castle, PA 16105
855-466-3920 Fax: 888-751-4932
lpomerico@uprightlaw.com