UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 21-21084 JAD |
| | ) | |
| Kenya Monique Mukaabya, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., | ) | Related to Document Nos. 28 & 29 |
| | ) | |
| Trustee/Movant, | ) | Hearing Date and Time: September 28, |
| | ) | 2021, at 10:00 a.m. |
| vs. | ) | |
| | ) | |
| Kenya Monique Mukaabya, | ) | |
| | ) | |
| Debtor/Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION OF TRUSTEE TO APPOINT HIS OWN ATTORNEY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Trustee to Appoint His Own Attorney filed on August 31, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion of Trustee to Appoint His Own Attorney appears thereon. Pursuant to the Notice of Hearing, objections to the Motion of Trustee to Appoint His Own Attorney were to be filed and served no later than September 17, 2021.

It is hereby respectfully requested that the Order attached to the Motion of Trustee to Appoint His Own Attorney be entered by the Court.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: September 21, 2021

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com