**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                                CASE NO.: 21-21084-JAD
                                                                                         CHAPTER 7

**Kenya Monique Mukaabya,**
   Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Legacy Mortgage Asset Trust 2021-GS3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: _\S\Charles Wohlrab_
                                            Charles Wohlrab, Esquire
                                            Pennsylvania Bar No. 314532
                                            Email: CWohlrab@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on October 6, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

KENYA MONIQUE MUKAABYA
622 E REYNOLDS ST
NEW CASTLE, PA 16101

And via electronic mail to:

LOUIS R. POMERICO
2910 WILMINGTON ROAD
NEW CASTLE, PA 16105

CHARLES O. ZEBLEY, JR.
P.O. BOX 2124
UNIONTOWN, PA 15401

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

                                                    By: /s/ Andrew Smith