| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kenya Monique Mukaabya** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–6303** <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **21–21084–JAD** | | |

# Order of Discharge                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenya Monique Mukaabya

10/15/21                                                                 **By the court:**   <u>Jeffery A. Deller</u>
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 21-21084-JAD

Kenya Monique Mukaabya                                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: culy                                  Page 1 of 3

Date Rcvd: Oct 15, 2021                        Form ID: 318                            Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenya Monique Mukaabya, 622 E Reynolds St, New Castle, PA 16101-4854 |
| 15371042 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15371046 | + | Erik B. Avardo, 622 E Reynolds Street, New Castle, PA 16101-4854 |
| 15371048 | + | FBCS, 330 S. WARMINSTER RD, STE 353, Hatboro, PA 19040-3433 |
| 15371047 | + | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-9441 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 16 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2021 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 16 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2021 23:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15371041 | + | EDI: LCIBAYLN | Oct 16 2021 03:13:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15371043 | + | EDI: CONVERGENT.COM | Oct 16 2021 03:13:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15371044 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 15 2021 23:15:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 15395589 | | EDI: DIRECTV.COM | Oct 16 2021 03:13:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15371045 | + | Email/Text: bknotice@ercbpo.com | Oct 15 2021 23:15:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15371049 | + | Email/Text: AmandaM@GNCFCU.COM | Oct 15 2021 23:15:00 | Gnc Community Fcu, 201 S Jefferson, New Castle, PA 16101-3823 |
| 15395929 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2021 23:23:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15396709 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 15 2021 23:23:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15371050 | + | EDI: AISMIDFIRST | | |

Case 21-21084-JAD  Doc 38  Filed 10/17/21  Entered 10/18/21 00:28:18  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: 318 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 16 2021 03:13:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15371051 | + | EDI: NAVIENTFKASMSERV.COM | Oct 16 2021 03:13:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15371052 | | EDI: PRA.COM | Oct 16 2021 03:13:00 | PORTFOLIO RECOVERY ASSOCIATES, CAPITAL ONE BANK, PO BOX 12914, Norfolk, 23541 |
| 15410805 | | EDI: PRA.COM | Oct 16 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15371053 | + | Email/Text: bkrpt1019@hotmail.com | Oct 15 2021 23:15:00 | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15371054 | + | Email/Text: bkteam@selenefinance.com | Oct 15 2021 23:15:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 15398948 | | EDI: AIS.COM | Oct 16 2021 03:13:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15395460 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 15 2021 23:15:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | Legacy Mortgage Asset Trust 2021-GS3 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Goldman Sachs Mortgage Company cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 cwohlrab@raslg.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |

| District/off: 0315-2 | User: culy | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: 318 | Total Noticed: 23 |

Charles O. Zebley, Jr.
    COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Louis R. Pomerico
    on behalf of Debtor Kenya Monique Mukaabya info@pomericolaw.com
    pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com

Maria Miksich
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7